**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Amor v. John E. Reid & Assoc., Inc., and Michael Masokas, et al.

Case Number: 20-CV-01444

An appearance is hereby filed by the undersigned as attorney for:

John Reid & Associates, Inc., and Michael Masokas

Attorney name (type or print): F. Michael Pasqualino

Firm: Lewis Brisbois Bisgaard & Smith LLP

Street address: 550 W. Adams Street, Suite 300

City/State/Zip: Chicago, IL 60661

Bar ID Number: 6311292
(See item 3 in instructions)

Telephone Number: (312) 345-1718

Email Address: F.Pasqualino@lewisbrisbois.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/02/2020

Attorney signature: S/ F. Michael Pasqualino
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015