# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

William Amor

                                  Plaintiff,

v.                                                                              Case No.: 1:20−cv−01444
                                                                             Honorable John Z. Lee

John Reid & Associates, Inc., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 9, 2021:

        MINUTE entry before the Honorable John Z. Lee: Telephonic status hearing held. Defendant shall answer or otherwise plead to the amended complaint by 5/7/21. The parties shall file a joint status report and proposed schedule by 5/10/21. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.