#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM AMOR, | ) |
|     *Plaintiff*, | ) |
| | ) No. 20 CV 1444 |
| v. | ) |
| | ) |
| JOHN REID & ASSOCIATES, INC., | ) Hon. Judge Lee |
| MICHAEL MASOKAS, THE ESTATE OF | ) |
| ARTHUR T. NEWEY, AND UNKNOWN | ) |
| EMPLOYEES OF JOHN REID & | ) Mag. Judge Cummings |
| ASSOCIATES, | ) |
| | ) |
|     *Defendants*. | ) |

### CERTIFICATE OF SERVICE

To:    See attached Service List

    PLEASE TAKE NOTICE that on **June 7, 2021**, we caused to be served by electronic mail to all parties:

- **DEFENDANTS' RULE 26(a) INITIAL DISCLOSURES**

    This Certificate of Service, without attachment, has been filed with the Clerk of the Court using the CM/ECF filing system, through which notification of such service is sent to all parties.

    Respectfully submitted,

    **LEWIS BRISBOIS BISGAARD & SMITH LLP**

    By:  */s/F. Michael Pasqualino*
          One of the attorneys for the Defendants

Jonathan W. Goken, ARDC No. 6278837
F. Michael Pasqualino, ARDC No. 6311292
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West Adams Street, Suite 300
Chicago, Illinois 60661
(312) 345-1718/Fax: (312) 345-1778
Jonathan.Goken@lewisbrisbois.com
F.Pasqualino@lewisbrisbois.com

4849-1842-5069.1

*William Amor v. John Reid & Associates, Inc., Michael Masokas, The Estate of Arthur T. Newey, and Unknown Employees of John Reid & Associates*

**SERVICE LIST**

Jonathan I. Loevy
Gayle M. Horn
Mariah Esperanza Garcia
Loevy & Loevy
311 N. Aberdeen, 3rd FL
Chicago, IL 60607
(312) 243-5900
jon@loevy.com
gayle@loevy.com
mariah@loevy.com

James Thomas Nyeste
James T. Nyeste
Attorney at Law
820 Davis Street, 504 E
Evanston, IL 60201
(847) 242-0601
jnyeste@coveragelaw.com