**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM AMOR, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 20-cv-01444 |
| | ) | |
| v. | ) | Judge: Honorable Jorge L. Alonso |
| JOHN REID & ASSOCIATES, et al., | ) | |
| | ) | Magistrate Judge: Honorable |
| *Defendants*. | ) | Jeannice W. Appenteng |

<u>**NOTICE OF UNOPPOSED MOTION**</u>

To:   Jonathan I. Loevy
      Gayle M. Horn
      Locke E. Bowman
      Loevy & Loevy
      311 N. Aberdeen, 3rd FL
      Chicago, IL 60607
      jon@loevy.com; gayle@loevy.com
      locke@loevy.com

PLEASE TAKE NOTICE that on **<u>April 23, 2024</u>** at **9:30 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jorge L. Alonso or any judge sitting in his stead, in **Courtroom 1903** of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Unopposed Motion for Extension of Time to File Defendants' Reply Brief**, a copy of which is attached and herewith served upon you.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: *<u>/s/ F. Michael Pasqualino</u>*
       One of the Attorneys for Defendants

Jonathan W. Goken, ARDC No. 6278837
F. Michael Pasqualino, ARDC No. 6311292
Alexandra W. Sternberg ARDC No. 6310249
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West Adams Street, Suite 300
Chicago, Illinois 60661
(312) 345-1718/Fax: (312) 345-1778
Jonathan.Goken@lewisbrisbois.com
F.Pasqualino@lewisbribois.com
Alexandra.sternberg@lewisbribois.com

139177997.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 17, 2024, I electronically filed the foregoing with the U.S. District Court for the Northern District of Illinois, using the ECF system which will send notification and a copy of such filing to all parties of record.

*/s/ F. Michael Pasqualino*